**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 17, 2007, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: October 17, 2007**

_____
**Arthur I. Harris
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Latrecia Woodard | ) Chapter 13 Case No. 07-15429-H |
| | | ) Hon. Arthur I. Harris |
| | Debtor | ) |

### ORDER GRANTING TRUSTEE'S MOTION
### FOR DISGORGEMENT OF ATTORNEY FEES

This case came on for consideration upon the Trustee's Motion for Disgorgement of Attorney Fees ("Trustee's Motion").After hearing and for good cause shown,

**IT APPEARS** to the Court that the Trustee's Motion is well taken, and accordingly will be granted.

**IT IS THEREFORE, ORDERED** that the Trustee's Motion for Disgorgement of Attorney Fees be and hereby is granted; and

**IT IS, FURTHER ORDERED** that Debtor's counsel, Oscar Trivers, is hereby ordered to turn over the sum of $300.00, upon receipt of this Order, to the Clerk of Courts, for reimbursement to the Debtor.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Order was sent electronically and/or by regular U.S. mail to the following:

    Craig Shopneck, Trustee
    200 Public Square, BP Tower Suite 3860
    Cleveland, OH 44114-2321
    VIA MAILBOX AT COURT

    Oscar Trivers, Attorney for Debtor
    55 Erieview Plaza #220
    Cleveland OH 44114

    Latrecia Woodard, Debtor
    3742 Chelton Road
    Shaker Heights OH 44120


CS/bas
10/15/2007

###